Eric I. Abraham, Esq. (eabraham@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08543
(609) 924-0808

*Attorneys for Defendants Sandoz Inc., Sandoz Private Limited,*
*Sandoz GMBH, and Sandoz International GmbH*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **XERIS PHARMACEUTICALS, INC., and** **STRONGBRIDGE DUBLIN LIMITED,** <br><br> **Plaintiffs,** <br><br><br> **v.** <br><br><br> **SANDOZ INC., et al.** <br><br> **Defendants.** | Case No. 2:26-cv-2929-JXN-JBC |

**STIPULATION AND PROPOSED ORDER**

Plaintiffs Xeris Pharmaceuticals Inc. and Strongbridge Dublin Limited ("Plaintiffs") and

Defendants Sandoz Inc., Sandoz Private Limited, Sandoz GMBH, and Sandoz International GmbH

("Defendants") submit this joint stipulation regarding the deadline for Defendants to respond to

Plaintiffs' Complaint.

WHEREAS Plaintiffs filed its Complaint against Defendants on March 20, 2026;

WHEREAS Defendants filed an Application and Proposed Order for Clerk's Order to

extend time to answer current deadline to answer or otherwise respond on April 15, 2026 (ECF

No. 15), and the Clerk's Text Order of April 17, 2026 extended Defendants' time to respond to the Complaint to April 30, 2026;

WHEREAS the parties agreed that Defendants' deadline to answer or otherwise respond to the Complaint will be May 7, 2026;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the date for Defendants to answer or otherwise respond to the Complaint is May 7, 2026.

SO STIPULATED on this 30th day of April, 2026.

*s/ Kristine L. Butler*
Eric I. Abraham
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08543
(609) 924-0808

*Counsel for Defendants Sandoz Inc.,*
*Sandoz Private Limited, Sandoz GMBH, and*
*Sandoz International GmbH*
.

*s/ Charles H. Chevalier*
Charles H. Chevalier
Michael V. Caracappa
Magnolia S. Joodi
**FBT Gibbons LLP**
One Gateway Center
Newark, NJ 07102-5310
973-639-0545

*Counsel for Plaintiffs Xeris*
*Pharmaceuticals, Inc. and Strongbridge*
*Dublin Limited*

SO ORDERED on this _____ day of _____, 2026.

_____
**Honorable James B. Clark, U.S.M.J.**

2